## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF FLORIDA

UPTOWN PAWN & JEWELRY, INC.
A Florida Corporation

          Plaintiff          CASE NO. 00-7195 CIV LENARD

                              MAGISTRATE TURNOFF

vs.

THE CITY OF HOLLYWOOD,
A Florid Municipal Corporation

          Defendant
_____/

### JOINT SCHEDULING REPORT

Pursuant to Local Rule 16.1B, the parties hereby submit their Joint Scheduling Report in the above matter.

1. **Joinder of Additional Parties.** The parties shall have until January 15, 2001, to join any additional parties and to amend their pleadings.

2. **Names and Addresses of Witnesses.** The parties shall have until January 31, 2001, to provide the opposing party with the names and addresses of any fact witnesses.

3. **Completion of Fact Discovery.** All fact discovery shall be completed by July 27, 2001.

4. **Expert Witnesses.** The Plaintiff shall have until August 24, 2001, to provide the opposing party with the names, addresses, and reports of any expert witnesses. The Defendant shall have until September 21, 2001 to do the same.

5. All expert witness testimony must be completed by October 19, 2001.

6. Dispositive Motions. All dispositive motions shall be filed by November 16, 2001.

7. Mediation. Mediation shall be completed by December 14, 2001.

8. The parties agree to work together to eliminate any frivolous claims and to seek admissions that expedite the trial of this matter.

9. The parties agree to refer all non-trial matters to a Magistrate Judge.

10. The estimated time for trial is three days. The parties wish to try this matter on January 7, 2002. A final pre-trial conference will be scheduled for December 21, 2001.

Respectfully submitted,

| | |
|---|---|
| Dennis R. Bedard | Robert Oldershaw |
| Attorney for Plaintiff | Assistant City Attorney |
| 1717 North Bayshore Drive | 2600 Hollywood Blvd. |
| Suite 102 | Room 407 |
| Miami, Florida 33132 | Hollywood, Florida 33020 |
| (305) 530 0795 | (954) 921 3435 |
| (305) 530 9587 FAX | (954) 921 3081 FAX |
| By /s/ Dennis R. Bedard | By /s/ Robert Oldershaw |
| Dennis R. Bedard | Robert Oldershaw |
| FBN 759279 | FBN 0086071 |