UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-7195-CIV-LENARD/TURNOFF

UPTOWN PAWN & JEWELRY, INC., a
Florida corporation,

    Plaintiff(s),

vs.

CITY OF HOLLYWOOD, a Florida
Municipal corporation,

    Defendant(s).
_____/



ORDER OF REFERENCE OF PLAINTIFF'S MOTION
FOR PRELIMINARY INJUNCTION
TO MAGISTRATE JUDGE TURNOFF

    PURSUANT to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, the above-captioned cause is referred to United States Magistrate Judge William C. Turnoff to take all necessary and proper action as required by law with respect to **Plaintiff's Motion for Preliminary Injunction (D.E. #2) and motions and papers relating thereto.**

    Pursuant to this referral order, it is also

    **ORDERED AND ADJUDGED** that it is the responsibility of the parties in this case to indicate the name of the Magistrate Judge assigned to the case on all motions and related papers referred by this order. After receipt of such motion or other related paper, chambers will forward the motion or paper to the chambers of the appropriate Magistrate Judge.

    **DONE AND ORDERED** in Chambers at Miami, Florida this 25 day of January, 2001.

                                            JOAN A. LENARD
                                            UNITED STATES DISTRICT JUDGE



Case No. 00-7195-CIV-LENARD/TURNOFF

Copies furnished to:

Magistrate Judge William C. Turnoff

Dennis R. Bedard, Esq.
1717 North Bayshore Drive, Suite 102
Miami, FL 33132

Julie M. Vogel, Esq.
City Attorney's Office
2600 Hollywood Boulevard, Suite 407
Hollywood, FL 33020

-2-