UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-7195-CIV-LENARD

UPTOWN PAWN & JEWELRY, INC.,
a Florida corporation,

        Plaintiff,

vs.

CITY OF HOLLYWOOD,
a Florida Municipal corporation,

        Defendants.
_____/

**NOTICE**

TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| United States District Court<br>Southern District of Florida<br>300 N.E. First Avenue, Room 130<br>Miami, Florida 33132 | **Courtroom X** |
|---|---|
| | 2/20/2001 at 11 A— |

Oral argument on Plaintiff's Motion for Preliminary Injunction (D.E. 2).

2/11/2001
Date

William C. Turnoff
United States Magistrate Judge

cc:    Honorable Joan A. Lenard
       Dennis R. Bedard, Esquire
       Robert Oldershaw, Esquire